| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>MARK A. LEMLEY (SBN 155830)<br>CLEMENT S. ROBERTS (SBN 209203)<br>CATHERINE Y. KIM (SBN 308442)<br>217 Leidesdorff Street, San Francisco, CA 94111<br>Telephone: 415-362-6666 | |
| ATTORNEY(S) FOR: Plaintiff Static Control Components, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC.<br><br>Plaintiff(s),<br>v.<br>ASTER GRAPHICS, INC.<br><br>Defendant(s) | CASE NUMBER:<br>8:17-cv-1221<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Static Control Components, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Static Control Components Limited (UK) | Parent company of plaintiff |
| Static Control Holdings Limited (HK) | Parent company of Static Control Holdings Limited (UK) |
| Ninestar Corporation | Parent company of Static Control Holdings Limited (HK) |
| Pang Jinghua | Holds interest in Ninestar Corporation |
| Zhuhai Seine Technology Co., Ltd. | Holds interest in Ninestar Corporation |
| Zhuhai Hengxinfengye Technology Co., Ltd | Holds interest in Zhuhai Seine Technology Co., Ltd. |
| SEINE TECHNOLOGY LIMITED | Holds interest in Zhuhai Seine Technology Co., Ltd. |
| THINK HIGH INVESTMENTS LIMITED | Holds interest in Zhuhai Seine Technology Co., Ltd. |
| Apex International Holdings Limited | Holds interest in Zhuhai Seine Technology Co., Ltd. |
| Zhuhai Haohao Technology Co., Ltd | Holds interest in Zhuhai Seine Technology Co., Ltd. |

| | |
|---|---|
| July 17, 2017<br>Date | /s/ Mark A. Lemley<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Static Control Components, Inc.